**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>*Plaintiff,*<br><br>**v.**<br><br>**TIMOTHY BARTON,**<br>**CARNEGIE DEVELOPMENT, LLC,**<br>**WALL007, LLC,**<br>**WALL009, LLC,**<br>**WALL010, LLC,**<br>**WALL011, LLC,**<br>**WALL012, LLC,**<br>**WALL016, LLC,**<br>**WALL017, LLC,**<br>**WALL018, LLC,**<br>**WALL019, LLC,**<br>**HAOQIANG FU (A/K/A MICHAEL FU),**<br>**STEPHEN T. WALL,**<br><br>***Defendants*,**<br><br>**DJD LAND PARTNERS, LLC, and**<br>**LDG001, LLC,**<br><br>***Relief Defendants*.** | **MISC. NO.**<br><br>______________________ |

**NOTICE OF APPOINTMENT OF RECEIVER**

Pursuant to the provisions of 28 U.S.C. § 754, Cortney C. Thomas provides notice of his appointment as Temporary Receiver for the assets of Timothy Barton, Carnegie Development, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, Haoqiang Fu (a/k/a Michael Fu), Stephen T. Wall, DJD Land Partners, LLC, and LDG001, LLC. True and correct copies of the *Complaint* filed by the Securities Exchange Commission; the *Order Appointing*

*Receiver*; and the *Order Granting Motion to Unseal Docket and Proceedings* are attached hereto as **Exhibit A**, **Exhibit B**, and **Exhibit C**, respectively.

Respectfully submitted,

By: [signature]

Charlene C. Koonce
Texas Bar No. 11672850
charlene@brownfoxlaw.com
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, TX 75225
Tel. 214.327.5000
Fax. 214.327.5001

*Counsel for Receiver Cortney C. Thomas*