ORIGIN ID:TRLA (214) 327-5000
KIMBERLY O'ROURKE
BROWN FOX PLLC
8111 PRESTON ROAD
SUITE 300
DALLAS, TX 75225
UNITED STATES US

SHIP DATE: 20OCT22
ACTWGT: 1.00 LB
CAD: 101975366/INET4534

BILL SENDER

TO LYDIA M. HILL, CLERK OF COURT
U.S.D.C. - M.D. TENNESSEE
719 CHURCH STREET

NASHVILLE TN 37203
(214) 327-5000 REF: BARTON
INV:
PO: DEPT:

PEEL HERE

FedEx Express

E

J224222101801uv

FRI - 21 OCT 10:30A
PRIORITY OVERNIGHT

TRK# 0201 7702 6515 4343

XN RNCA

37203
TN-US BNA

217
10:30
1
10:21
4343
A
581

Place inside shippe

FedEx Express

Extremely Urgent

**For FedEx Express® Shipments Only**

Contents should be compatible with the container and packed securely. For shipping terms and conditions and our limits of liability, refer to the applicable FedEx Express shipping document, the current FedEx Service Guide, or conditions of carriage.

For more information on FedEx Express services, solutions, and shipping locations, go to **fedex.com**, or contact your nearest FedEx location.

© 2013 FedEx 156374 REV 9/13

INSPECTED BY: AJ

DATE: 10-21-22

2 HDPE

See how FedEx connects the world in responsible and resourceful ways at **earthsmart.fedex.com**. Join our efforts by recycling this FedEx pak. Recycling options may be limited and vary by location.