Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675067453
Cashier ID: chastain
Transaction Date: 10/26/2022
Payer Name: Brown Fox PLLC

---

MISCELLANEOUS PAPERS
For: Brown Fox PLLC
Case/Party: D-TNM-3-22-MC-000014-001
Amount: $49.00

---

Paper Check Conversion
Amt Tendered: $49.00

---

Total Due: $49.00
Total Tendered: $49.00
Change Amt: $0.00